1  Cheryl D. Orr, State Bar No. 143196
   Heather M. Sager, State Bar No. 186566
2  CARLTON DiSANTE & FREUDENBERGER LLP
   260 California Street
3  Suite 500
   San Francisco, California 94111
4  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
5  E-Mail: corr@cdflaborlaw.com
           hsager@cdflaborlaw.com
6
   Attorneys for Defendant
7  RGIS INVENTORY SPECIALISTS

8  Michael M. Herrick, State Bar No. 63666
   HERRICK LAW OFFICES
9  1750 Montgomery Street, #1104
   San Francisco, CA 94111-1063
10 Telephone: (415) 781-2804
   Facsimile: (415) 781-8446
11 E-Mail: herrick@wagelaw.com

12 Attorneys for Plaintiff
   ERIC D. PEARSON
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ERIC D. PEARSON,                    )  Case No. C 06 0680 VRW
                                       )
18              Plaintiff,             )  STIPULATION AND [PROPOSED]
                                       )  ORDER EXTENDING TIME FOR
19       vs.                           )  DEFENDANT RGIS INVENTORY
                                       )  SPECIALISTS TO FILE RESPONSIVE
20 RGIS, INC., Does One through Ten,   )  PLEADING TO COMPLAINT AND
                                       )  CONTINUING CASE MANAGEMENT
21              Defendants.            )  CONFERENCE DATE
                                       )
22 _____ )  Action Filed: January 31, 2006

1  To allow the Parties to continue engaging in settlement discussions, Plaintiff Eric D.
2  Pearson ("Plaintiff") and Defendant RGIS Inventory Specialists ("RGIS") (collectively, the
3  "Parties") through their respective counsel of record, hereby stipulate to extend RGIS' deadline in
4  which to file a responsive pleading to Plaintiff's Complaint for 60 days, or until May 4, 2006.
5  Plaintiff has requested, and RGIS has agreed to provide, informal discovery information to assist
6  the Parties in pursuing settlement. The Parties request the extension of time to permit such
7  discovery. Accordingly, the Parties also stipulate to continue the current May 2, 2006 Case
8  Management Conference for two weeks, to May 23, 2006 at 9:00 a.m., the Court's schedule
9  permitting.

10  Date: February 24, 2006

CARLTON, DiSANTE & FREUDENBERGER LLP
Cheryl D. Orr
Heather M. Sager

By: _____Cheryl D. Orr_____
Heather M. Sager
Attorneys for Defendant
RGIS Inventory Specialists

17  Dated: February 24, 2006

HERRICK LAW OFFICES

By: _____Michael M. Herrick_____
Attorneys for Plaintiff
Eric D. Pearson

IT IS SO ORDERED.

Dated: March 3, 2006

GRANTED
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 06 0680 VRW
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CMC