1   MICHAEL M. HERRICK, Bar No. 63666 (herrick@wagelaw.com)
    HERRICK LAW OFFICES
2   1750 Montgomery Street, # 1104
    San Francisco, CA 94111-1063
3   Telephone:    415.781.2804
    Facsimile:    415.781.8446
4
    Attorney for Plaintiff
5   ERIC D. PEARSON

6

7   CHERYL D. ORR, Bar No. 143196 (corr@cdflaborlaw.com)
    HEATHER M. SAGER, Bar No 186566 (hsager@cdflaborlaw.com)
8   CARLTON, DISANTE & FREUDENBERGER
    260 California Street, Suite 500
9   San Francisco, CA  94111
    Telephone:    415.981.3233
10  Facsimile:    415.981.3246

11  Attorney for Defendants
    RGIS INVENTORY SPECIALISTS, LLC (INCORRECTLY
12  SUED HEREIN AS RGIS, INC.)

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17  ERIC D. PEARSON,                    Case No.  3:06-cv-00680-VRW

18
                                        
19          Plaintiff,                  JOINT STIPULATION FOR THE FILING OF
                                        PLAINTIFF'S FIRST AMENDED
20          vs.                         COMPLAINT AND [PROPOSED] ORDER
                                        THEREON
21
    RGIS INVENTORY SPECIALISTS, LLC.    Federal Rule of Civil Procedure § 15(a)
22  (INCORRECTLY SUED HEREIN AS
    RGIS, INC.)
23  Does One through Ten,

24
            Defendants.
25

26

27  /////

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR
FILING OF FIRST AMENDED COMPLAINT                    - 1 -              Case No 3:06-cv-00680-VRW
PEARSON v. RGIS, INC

1    Plaintiff, ERIC D. PEARSON, and Defendant RGIS INVENTORY SPECIALISTS, LLC,

2    (collectively, "the Parties") have agreed to stipulate that the Plaintiff's "FIRST AMENDED

3    COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL" shall be filed in this case

4    without objection or need for a noticed motion pursuant to Federal Rules of Civil Procedure Section

5    15(a).   The complaint shall be amended to correctly identify Defendant RGIS INVENTORY

6    SPECIALIST LLC. incorrectly sued herein as RGIS, Inc.

7    Wherefore, the amendment to the complaint is that of form, Defendant shall not be required

8    to plead in response.   The Parties agree that Defendant's pleading in response to the Complaint shall

9    be deemed to apply to the First Amended Complaint.

10   Therefore, the Parties hereto, by their undersigned counsel of record and pursuant to Federal

11   Rules of Civil Procedure Section 15(a). hereby stipulate that the attached amended pleading shall be

12   filed by the written consent of the Defendant.

13

14   SO STIPULATED.

15

16

17   Dated: June 29, 2006                              _____/S/ Heather M. Sager_____

18                                                     HEATHER M. SAGER
                                                       CARLTON, DISANTE &
19                                                     FREUDENBERGER
                                                       Attorney for Defendant
20                                                     RGIS INVENTORY SPECALISTS, LLC,

21

22   Dated: June 29, 2006                              _____/S/ Michael M. Herrick_____

                                                       MICHAEL M. HERRICK
23                                                     HERRICK LAW OFFICES
                                                       Attorney for Plaintiff
24                                                     ERIC D. PEARSON

25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER FOR**
**FILING OF FIRST AMENDED COMPLAINT**                    - 2 -                    Case No:   3:06-cv-00680-VRW
PEARSON v. RGIS, INC

1

2

# [~~PROPOSED~~] ORDER

3

4

5
PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

8

9

10

11
DATED: _____July 11, 2006_____

12

13

14
_____

15
THE HON. JUDGE JOHN R. WALKER
JUDGE OF THE UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR
FILING OF FIRST AMENDED COMPLAINT                - 3 -                Case No:   3:06-cv-00680-VRW
PEARSON v. RGIS, INC