1  Cheryl D. Orr, State Bar No. 143196
   Heather M. Sager, State Bar No. 186566
2  Kent Sprinkle, State Bar No. 226971
   CARLTON DiSANTE & FREUDENBERGER LLP
3  260 California Street
   Suite 500
4  San Francisco, California 94111
   Telephone: (415) 981-3233
5  Facsimile: (415) 981-3246

6  Attorneys for Defendant
   RGIS Inventory Specialists, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ERIC D. PEARSON,                    )  Case No. C-06-0680 VRW
                                       )
12         Plaintiff,                  )  STIPULATION AND ORDER OF
                                       )  DISMISSAL OF ENTIRE COMPLAINT
13     vs.                             )  WITH PREJUDICE
                                       )
14 RGIS, Inc., Does One through Ten,   )  Action Filed: January 31, 2006
                                       )  Trial Date: Not Yet Assigned
15         Defendants.                 )
                                       )

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      1    Stip. and Order Re Dismissal of Entire Complaint
CARLTON DiSANTE &                           [Case No. C-06-0680 VRW]
FREUDENBERGER LLP

1  Plaintiff ERIC D. PEARSON, by and through his attorney Michael M. Herrick, Herrick
2  Law Offices, 1750 Montgomery Street, #1104, San Francisco, CA 94111-1063, and Defendant
3  RGIS Inventory Specialists, by and through its attorney Cheryl D. Orr, Carlton DiSante &
4  Freudenberger LLP, 260 California Street, Suite 500, San Francisco, CA 94111, stipulate that this
5  entire action is dismissed with prejudice, and each side is to bear their own costs and fees.

7  Dated: August 2, 2006          CARLTON DiSANTE & FREUDENBERGER LLP

9                                 By: _____
                                       Cheryl D. Orr
10                                 Attorneys for Defendant
                                   RGIS Inventory Specialists, LLC

12
13 Dated: August 3, 2006           HERRICK LAW OFFICES

14                                 By: _____
15                                     Michael M. Herrick
                                   Attorneys for Plaintiff
16                                 ERIC D. PEARSON

20 **IT IS SO ORDERED.**
21 Dated: August 9, 2006

22                                 By: _____
                                       Judge Vaughn R Walker
                                       UNITED STATES
23                                     DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]*